UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUCE LARKIN,

    Plaintiff,

v.        Case No: 6:15-cv-1544-Orl-40KRS

CANTU LLC and J.Y.K. ENTERPRISE INC.,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Judgment Against Defendant, Cantu LLC After Default (Doc. 59) filed on May 19, 2017 and Plaintiff's Motion for Entry of Judgment Against Defendant, J.Y.K Enterprise Inc. After Default (Doc. 60) filed on May 19, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 31, 2017 (Doc. 61), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Judgment Against Defendant, Cantu LLC After Default (Doc. 59) is **DENIED**.

3. The Motion for Entry of Judgment Against Defendant, J.Y.K. Enterprise Inc. After Default (Doc. 60) is **DENIED**.

4. Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to state a claim upon which relief can be granted. Response is due on or before July 5, 2017. Failure to response will result in this case being dismissed without prejudice and without further notice.

**DONE AND ORDERED** in Orlando, Florida on June 21, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties